Commonwealth *v.* Newman, Appellant.

Submitted June 8, 1970. *John D. DiGiacomo*, Assistant Public Defender, for appellant; *John E. Gallagher*, First Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Order affirmed.